IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AARON MALONE,

    Plaintiff,

vs.                                     No. 03-2869-B/V

STATE OF TENNESSEE, et al.,

    Defendants..

## ORDER OF REFERENCE

Before the Court is the Joint Motion to Modify Current Scheduling Order Dates for Expert Disclosures, Completion of Discovery, Filing of Dispositive Motions and Trial.

The above action is hereby referred to the Honorable Diane Vescovo, U.S. Magistrate Judge, for the purpose of conducting a scheduling conference. The present trial date will be continued and a new date will be set after the scheduling conference conducted by Judge Vescovo.

**IT IS SO ORDERED**.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

June 7, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:03-CV-02869 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Kevin Steiling
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Kenneth E. Douthat
ATTORNEY GENERAL OFFICE
P.O. Box 20207
Cordell Hull Bldg., 2nd fl.
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT