FILED BY ___ D.C.

05 JUL -8 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| AARON MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-2869-BV |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| TENNESSEE DEPARTMENT OF | ) | |
| CORRECTION, BRUCE WESTBROOKS, | ) | |
| in his individual capacity, and JAMES M. | ) | |
| DUKES, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CURRENT SCHEDULING ORDER DATES FOR EXPERT DISCLOSURES, COMPLETION OF DISCOVERY, AND FILING OF DISPOSITIVE MOTIONS

---

It appearing to the Court that good cause is shown, that Plaintiff's counsel does not oppose the Motion, and that the Defendants' Motion to Modify Current Scheduling Order Dates for Expert Disclosures, Completion of Discovery, and Filing of Dispositive Motions should be granted,

**IT IS THEREFORE ORDERED** that the current Scheduling Order be modified as follows: the currently scheduled dates for (a) Defendants' Rule 26 Expert Witness Disclosures, (b) Completion of all Discovery, including Document Production, Depositions, Interrogatories, Requests for Admissions, and Expert Witness Depositions; and (c)  Filing of Dispositive Motions, are hereby extended, resulting in the following new dates: (a) Defendants' Rule 26 Expert Witness Disclosures due on or before August 4, 2005; (b) Completion of all Discovery, including Document Production,

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ⁊-11-05

38

Depositions, Interrogatories, Requests for Admissions, and Expert Witness Depositions, due on or before August 31, 2005; and (c)  Filing of Dispositive Motions, within one (1) month of the close of discovery, by September 30, 2005.

~~Pursuant to the Court's Order of Reference, this matter is set for a scheduling conference to be conducted on the _____ day of _____, 2005.~~

HONORABLE  DIANE  K.  VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: July 8, 2005

Respectfully submitted,

PAUL G. SUMMERS
Attorney General and Reporter

Kenneth E. Douthat   BPR No. 10423
Assistant Attorney General
Civil Litigation and State Services Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-2370

Attorneys for Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Proposed Order Granting Defendants' Motion to Modify Current Scheduling Order Dates For Expert Disclosures, Completion of Discovery, and Filing of Dispositive Motions Scheduling** has been served, by placing the same in the U.S. mail, first class, postage prepaid, addressed to the following:

James E. King, Jr., Esq.
ESKINS, KING & SEVIER, PC
50 North Front Street
Suite 770
Memphis, Tennessee 38103

this, the **1st day of July, 2005.**

Kenneth E. Douthat
Assistant Attorney General

-4-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:03-CV-02869 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Kenneth E. Douthat
ATTORNEY GENERAL OFFICE
P.O. Box 20207
Cordell Hull Bldg., 2nd fl.
Nashville, TN 37202--020

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Kevin Steiling
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT