**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.

05 AUG 31 PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AARON MALONE,

    **Plaintiff,**

v.                             **CASE NO. 03-2869-BV**

STATE OF TENNESSEE,
TENNESSEE DEPARTMENT OF
CORRECTIONS, BRUCE WESTBROOKS,
in his individual capacity, and JAMES M.
DUKES, in his individual capacity,

    **Defendants.**

---

**ORDER GRANTING PLAINTIFF"S UNOPPOSED MOTION FOR**
**MODIFICATION OF THE COURT'S SCHEDULING ORDER**

---

       It appearing to this Court that good cause is shown and that Plaintiff's Motion for

Modification of the Court's Scheduling Order should be granted;

       IT IS, THEREFORE, ORDERED that this Court's Scheduling Order be modified

to change the current discovery cutoff date until October 22, 2005 and be modified to

change the dispositive motion deadline until November 22, 2005.

               Diane K. Vescovo

          UNITED STATES ~~DISTRICT~~ JUDGE
                    Magistrate

       DATE: August 30, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-1-05

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:03-CV-02869 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Kevin Steiling
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Kenneth E. Douthat
ATTORNEY GENERAL OFFICE
P.O. Box 20207
Cordell Hull Bldg., 2nd fl.
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT