# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

AARON MALONE,

    Plaintiff,

v.                    CASE NO. 03-2869-BV

STATE OF TENNESSEE,
TENNESSEE DEPARTMENT OF
CORRECTIONS, BRUCE WESTBROOKS,
in his individual capacity, and JAMES M.
DUKES, in his individual capacity,

    Defendants.

## ORDER GRANTING PLAINTIFF"S UNOPPOSED MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

It appearing to this Court that good cause is shown and that Plaintiff's Motion for Modification of the Court's Scheduling Order should be granted;

IT IS, THEREFORE, ORDERED that this Court's Scheduling Order be modified to change the current discovery cutoff date until February 20, 2006 and be modified to change the dispositive motion deadline until March 20, 2006.

UNITED STATES DISTRICT JUDGE

DATE: 10/28/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CV-02869 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Kenneth E. Douthat
ATTORNEY GENERAL OFFICE
P.O. Box 20207
Cordell Hull Bldg., 2nd fl.
Nashville, TN 37202--020

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Kevin Steiling
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT